IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Steven Corbin, ID # 587836<br>London Correctional Institution<br>Post Office Box 69<br>London, Ohio 43140-0069<br>    *Plaintiff,*<br><br>-vs-<br><br>Jhon Wayne Brown<br>215 Garfield<br>Middletown, Ohio 45042<br>    and<br>Stacy Brown<br>215 Garfield<br>Middletown, Ohio 45042<br>    and<br>Janice Jones, Detective<br>Middletown Police Department<br>One Donham Plaza<br>Middletown, Ohio 45042<br>    and<br>Detective Shoemaker<br>Middletown Police Department<br>One Donham Plaza<br>Middletown, Ohio 45042<br>    and<br>Middletown Police Department<br>One Donham Plaza<br>Middletown Ohio 45042<br>    *Defendants.* | Case No: **1:08CV781**<br><br>SPIEGEL, J.<br>J. HOGAN<br><br>**CIVIL RIGHTS COMPLAINT**<br>(42 U.S.C. § 1983)<br><br><br>**JURY DEMAND ENDORSED HEREON**<br><br>08 NOV -5 PM 2:40 |

## I. PRELIMINARY STATEMENT

1) The Plaintiff, Steven Corbin, states that while residing with his brother, at 215 Garfield, Middletown, Ohio, Defendants Jhon Wayne And Stacy Brown made false accusation which led to the wrongful charging of Plaintiff of Sexual Abuse to a minor child.

2) Defendants Jones and Shoemaker, employed as Detectives with the Middletown Police Department, while acting in their professional capacity cause wrongful charges to be filed against Defendant Corbin, as well as cause the publication of certain published articles in the Middletown Journal newspaper, which these combined actions caused the Defendant serious and longterm harm, as well as depriving him of his liberty and constitutionally protected rights. These actions thus injured and damaged Plaintiff Corbin in the amount of $300,000, bringing about this 42 U.S.C. § 1983 complaint for violation of rights guaranteed by the First, Eighth, and Fourteenth Amendments of the United States Constitution. Plaintiff request trial by jury.

## II. JURISDICTION

3) This is a civil rights complaint pursuant to 42 U.S.C. § 1983. This Court has jurisdiction to entertain the cause and grant the relief being sought pursuant to 28 U.S.C. § 1334.

## III. PARTIES

4) STEVEN CORBIN, is the Plaintiff in this action and was the target of the investigation conducted by the named Defendants recorded herein.

5) Jhon Wayne Brown, is a named Defendant in this action and one of the parties which originally brought the wrongful complaint against Plaintiff. He was and is the father of the minor child at the center of the wrongful allegations in this original cause.

6) STACY BROWN, is a named Defendant in this action and one of the parties which originally brought the wrongful complaint against Plaintiff. She was and is the mother of the minor child at the center of the wrongful allegations in this original cause.

7) JANICE JONES, is a named Defendant in this action and at all times in this action was acting in the employment of the Middletown Police Department, as a Detective and was party to the investigation of the original allegations against Plaintiff. As such, at all times Defendant Jones was acting under the color of State law, statute, or ordinance as a officer of the police department. Defendant Jones is being sued in both his professional as well as his individual capacity.

8) (UNKNOWN FIRST NAME) Shoemaker, is a named Defendant in this action and at all times in this action was acting in the employment of the Middletown Police Department, as a Detective and was party to the investigation of the original allegations against Plaintiff. As such, at all times Defendant Shoemaker was acting under the color of State law, statute, or ordinance as an officer of the police department. Defendant Shoemaker is being sued in both his professional and individual capacity.

9) MIDDLETOWN POLICE DEPARTMENT, is named Defendant in this action and at all times in this action was acting as the legal and investigatory party in this matter, and was at all times acting under the color of State law, statute, or ordinance as a municipal agency of the city of Middletown, Ohio.

## IV. FACTS GIVING RISE TO COMPLAINT

10) Plaintiff who was residing at the time with his brother and sister-in-law, named as Defendants in this action, at the 215 Garfield address, was confronted by the same with allegations of improper and sexual abuse of their minor child, to which Plaintiff flatly and strongly denied at the time.

11) Defendants Jhon Wayne and Stacy Brown, then made contact with the Middletown Police Department, which then promptly began an investigation of the facts,

including questioning of Plaintiff.

12) Plaintiff was then charged with Sexual abuse of the minor child and arrested for those charges accordingly, despite no evidence which supported those false allegations.

13) At no time was there any supporting evidence concerning these charges, nor did the Plaintiff admit to any wrongdoing and denied all allegations.

14) Defendants Jones, Shoemaker, and the Middletown Police Department did knowingly and willingly release information to the Middletown Journal newspaper for the publication of articles stating that Plaintiff had and was in fact a sexual abuse offender of a minor child causing serious and unrepairable harm to Plaintiff in the community, as well as the emotional damage caused by such allegations.

## FIRST CAUSE OF ACTION

Plaintiff Steven Corbin, adopts and incorporates by reference paragraphs 1-14 hereinabove and avers and states that Defendants Jones and Shoemaker, did while engaged as police officers for the Middletown Police Department and, as such, under color of law, subject Plaintiff to unwarranted and unsupported wrongful arrest and restraint of his liberty, without just cause, in violation of the right to substantive due process guaranteed by the Fourteenth Amendment of the United States Constitution, injuring and damaging plaintiff in the amount of $75,000 in compensatory damages and $225,000 in punitive damages;

## SECOND CAUSE OF ACTION

Plaintiff Steven Corbin, adopts and incorporates by reference paragraphs 1-14 hereinabove and avers and states that Defendants Jhon Wayne and Stacy Brown did

knowingly and willfully make false allegation against him and in fact caused such damage to the Plaintiff because of these allegations that Plaintiff was injured and damaged in the amount of $75,000 compensatory damages and $225,000 in punitive damages.

## V. PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays that the Court will enter judgment granting him:

a) Trial by jury on all issues triable by jury;

b) Compensatory damages in the amount of $75,000.00;

c) Punitive damages in the amount of $225,000.00;

d) A reasonable attorney fee and cost of action;

And any such other further and different relief as the Court deems just and appropriate based upon the facts.

IT IS SO PRAYED.

Respectfully submitted,

Steven Corbin, Plaintiff
c/o London Correctional Institution
Post Office Box 69
London, Ohio 43140-0069
ID # 587836

## **AFFIDAVIT OF VERITY**

STATE OF OHIO )
 )
MADISON COUNTY ) ss:

STEVEN CORBIN, after being first duly cautioned and sworn according to law, deposes and attests that he is the Plaintiff in the foregoing civil rights complaint; that he has personal knowledge of the facts set forth herein; and that he is competent to testify to such facts in a Court of Law; and that such facts are true and accurate to the best of his knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

X _Stu Corbin_
Steven Corbin, Affiant

Sworn and subscribed before me, a Notary Public, on this **3rd** day of November, 2008.

SEAL

_Alan Y. Brady_
NOTARY SIGNATURE

4-28-12
EXPIRATION OF COMMISSION



ALAN Y. BRADY
Notary Public - State of Ohio
My Commission Expires 4-28-12